**Opinion issued April 19, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00075-CV

_____

**TAYLOR MORRISON OF TEXAS, INC. AND TAYLOR WOODROW COMMUNITIES-LEAGUE CITY, LTD., Appellants**

**V.**

**PABLO QUINTERO AND PATRICIA QUINTERO, BIG TEX AIR CONDITIONING, INC., ARNULFO RODRIGUEZ ROOFING CO., INC., CITY FRAMERS, LLC, BUILDER SERVICES GROUP, INC., AND CHAPARRAL PLUMBING, L.P., Appellees**

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Case No. CV-0087884**

---

## MEMORANDUM OPINION

Appellants, Taylor Morrison of Texas, Inc. and Taylor Woodrow

Communities-League City, Ltd., have filed a motion to dismiss their accelerated

appeal. According to the certificate of conference included with the motion, appellees Pablo and Patricia Quintero, Arnulfo Rodriguez Roofing Co., Inc., Builder Services Group, Inc., and City Framers, LLC, do not oppose the motion. Appellees, Big Tex Air Conditioning, Inc. and Chaparral Plumbing, LP, did not respond to appellants' communication concerning whether they opposed the motion to dismiss. Accordingly, this Court held the motion for ten days. *See* TEX. R. APP. P. 10.3. No response was filed. No opinion has issued.

The Court grants appellants' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.